**No. 53159.**—K. Iguchi *v.* United States, protests 836382-G and 871748-G (Providence).

Opinion by CLINE, J. ' When this case was called for trial counsel for the Government moved to dismiss the case for failure to prosecute. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's decision, the protests were overruled.